PROB 12C
(7.93)

Report Date: January 5, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 05 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Thomas Youngman           Case Number: 2:04CR00081-001

Last Known Address of Offender:                    Spokane, WA  99207

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/07/2004

Original Offense:    Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846

Original Sentence:   Prison - 51 Months; TSR - 48 Months        Type of Supervision: Supervised Release

Asst. U.S. Attorney: Pamela J. Byerly              Date Supervision Commenced: 03/06/2009

Defense Attorney:    Roger Peven                   Date Supervision Expires: 05/05/2012

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: Justin Youngman has been diagnosed as chemically dependent to methamphetamine. He is currently participating in recommended outpatient treatment through Pioneer Counseling. Mr. Youngman failed to attend his last three scheduled treatment sessions on December 23, 24 and 31, 2009. The missed sessions were unexcused. He has failed to attend any treatment sessions since December 16, 2009. Attempts to contact the defendant at his residence and by telephone have been unsuccessful. |
| 2 | **Special Condition # 16**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer, not to exceed six separate urinalysis tests and six separate Breathalyzer tests per month. |

Prob12C
Re: Youngman, Justin Thomas
January 5, 2010
Page 2

<u>**Supporting Evidence**</u>: Mr. Youngman is required to participate in drug testing through Pioneer Counseling. He has been directed to call daily and report for urinalysis testing as directed. Justin Youngman failed to report for drug screening on the following dates: December 21 and 30, 2009, and January 3, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/05/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*(signature)*

Signature of Judicial Officer

1/5/2010

Date