PROB 12C
(7/93)

Report Date: March 25, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 25 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Thomas Youngman          Case Number: 2:04CR00081-001

Address of Offender:                    Spokane, WA  99207

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  10/07/2004

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 51 Months; TSR - 48 Months |
| | Type of Supervision:  Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| | Date Supervision Commenced: 03/06/2009 |
| Defense Attorney: | Roger Peven |
| | Date Supervision Expires: 05/05/2012 |

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer, not to exceed six separate urinalysis tests and six separate Breathalyzer tests per month. |
| | **Supporting Evidence**: On March 23, 2010, the defendant was directed to report to the probation office to submit to urinalysis testing.  After waiting for 3 hours, he could not produce a sample for drug testing.  He was directed to report to Pioneer Counseling and submit to a drug test there, as their facility remained open until 7:00 p.m.  Mr. Youngman reported to Pioneer Counseling and submitted to a urinalysis test that was presumptive positive for methamphetamine.  He admitted to the undersigned officer that he used methamphetamine on March 22, 2010. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegation contained in this petition.

Prob12C
Re: Youngman, Justin Thomas
March 25, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/25/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

March 25, 2010
Date